**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 00-cv-02359-WDM-OES (and related case nos. 00-cv-2355, 00-cv-02356, 00-cv-02357, 00-cv-02376, 00-cv-02377, 00-cv-02378, 00-cv-02379, 00-cv-02381, 00-cv-02382, 00-cv-02387, 00-cv-02388, 00-cv-02389, 00-cv-02390, 00-cv-02392, 00-cv-02393, 00-cv-02395, 00-cv-02396, 00-cv-02397, 00-cv-02398, 00-cv-02399, 00-cv-02400, 00-cv-02401, 00-cv-02402, 00-cv-02403, and 00-cv-02405)

COLIN CHAPMAN, *et al.*

Plaintiffs,

v.

ASHEL A. DENMAN, *et al.*,

Defendants.

## ORDER

The Court, having reviewed the joint motion to continue the administrative closure of the following eight (8) cases for thirty days,

| Plaintiff | Claim Name and USMS # | FDC Case Number |
|---|---|---|
| Maniloff | Cleveland Lode, USMS 4212 | 00-cv-02387 |
| Meloy | Grand Prize, USMS 2389 | 00-cv-02389 |
| Plumb | HR Johnson Lode, USMS 3024 | 00-cv-02395 |
| Pokress | Terrible Lode, USMS 2752 | 00-cv-02396 |
| Smalls | Gray Carbonate Lode, USMS 4154 | 00-cv-02399 |
| Teschner | Dixie Lode, USMS 1986 | 00-cv-02400 |
| Van't Hoff | Lincoln Lode, USMS 5794 | 00-cv-02402 |

| | | |
|---|---|---|
| Wesson | Pete Carroll Lode, USMS 2116 | 00-cv-02403 |

and being fully advised of its premises, hereby GRANTS the joint motion to continue administrative closure through April 30, 2007, for the eight (8) cases referenced above.

SO ORDERED this 9th day of April, 2007.

BY THE COURT

s/ Walker D. Miller
_____
United States District Judge